UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   **JS-6**

| Case No. | EDCV 20-669 PSG (AFMx) | Date | June 29, 2020 |
|---|---|---|---|
| Title | Adrian Aviles v. UPS Supply Chain Solutions, Inc. et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   **Order DISCHARGING the OSC**

On June 19, 2020, the Court ordered the parties in this action to show cause in writing why the action should not be dismissed for lack of prosecution. *See* Dkt. # 19. On June 25, 2020, the parties timely filed a joint statement in response. *See* Dkt. # 20. Having reviewed the parties' response, the Court finds it adequate. The parties explain that this action has been consolidated with the related action, *Eric Ayala v. UPS Supply Chain Solutions, Inc. et al.*, 5:20-cv-00117-PSG-AFM. Accordingly, this action is hereby administratively closed. The order to show cause is hereby **DISCHARGED**.

**IT IS SO ORDERED**.